

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00221-CV

| | | |
|---|---|---|
| Bryan Gaydos | § | From the 236th District Court |
| | § | of Tarrant County (236-267821-13) |
| v. | | |
| | § | April 2, 2015 |
| Bank of America, N.A. | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Bryan Gaydos shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
      Justice Lee Gabriel